# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| LAURA L. GUENTHER, | ) Civil Action No. 5:21-cv-04021-KDW |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 21st day of October, 2022, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition ECF No. 28 is hereby withdrawn;

It is further ORDERED that Plaintiff, Laura L. Guenther, is awarded attorney fees in the amount of Eight Thousand Dollars and 00/100 Cents ($8,000.00), and costs in the amount of Four Hundred Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a) of the EAJA. This award will be paid directly to Plaintiff, Laura L. Guenther, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

October 21, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge